**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

SUKHWINDER SINGH,

Petitioner,

v.

JEFFREY CRAWFORD, *et al.,*

Respondents.

Case No. 2:26-cv-766

**ORDER**

Petitioner Sukhwinder Singh filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that they are unlawfully detained at the Farmville Detention Center in Farmville, Virginia. ECF No. 1. The petitioner asserts that they are entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 6.

Before the Court is an unopposed Report and Recommendation, in which the Honorable Douglas E. Miller, United States Magistrate Judge, concluded that the petition should be dismissed and denied. ECF No. 12.

Judge Miller advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations. ECF No. 12 at 5 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Miller's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 12) is **ADOPTED.**

Petitioner Sukhwinder Singh's petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED** and **DENIED**.

The Court's July 20, 2026 Order (ECF No. 4) is **VACATED** to the extent it precludes the government from removing the petitioner from this district.

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Norfolk, Virginia
September 29, 2026